IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHELINE HAMMOUDA,

    Plaintiff,

v.                                           CASE NO. 4:11cv38-SPM/WCS

HENRY E. MARINES,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 24, 2011 (doc. 8). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Plaintiff filed a letter (doc. 13) requesting more time to respond concerning liability for the filing fee. It does not appear that Plaintiff is also seeking more time to respond to the Report and Recommendation. But even if she were, for reasons stated in the Report and Recommendation, Plaintiff cannot state a claim against Defendant under 42 U.S.C. § 1983 so as to bring her case within the jurisdiction of this Federal court. Any malpractice or breach of contract claim that

Plaintiff may have against Defendant should be filed in with the State court.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed under 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

3. The clerk shall note on the docket that the dismissal is pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The clerk shall refer Plaintiff's letter (doc. 13) to the magistrate judge.

DONE AND ORDERED this 8th day of April, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge